IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DYRIAN K. STRONG, TDCJ-CID No. 1763248, Plaintiff, v. MARY LOU ROBINSON, and CLINTON E. AVERITTE, Defendants. | 2:17-CV-212 |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the November 19, 2018 Findings, Conclusions, and Recommendation of the magistrate judge, the court concludes the Magistrate Judge's Findings and Conclusions are correct. The recommendation of the magistrate judge is accepted, and the civil rights lawsuit filed by plaintiff Dyrian K. Strong is **DISMISSED** with prejudice. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

SO ORDERED this 10th day of December, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE